IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

KHRISTEN SELLERS, et al.,        )
                                 )
        Plaintiffs,               )
                                 )
    v.                           )        1:14-CV-422
                                 )
FOUR-COUNTY COMMUNITY             )
SERVICES, INC., et al.,           )
                                 )
        Defendants.               )

**ORDER**

This cause comes before the Court on Plaintiffs' Motion for a Temporary Restraining Order. The Court held a hearing on the issues presented therein on July 3, 2014. Pursuant to agreement reached between the parties and approved by the Court, the Court orders the following:

**1**   Defendant Four-County Community Services, Inc. ("FCCS") will issue a new Section 8 voucher to Khristen Sellers ("Sellers").

**2**   FCCS will extend the Housing Assistance Payments ("HAP") Contract with Khristen Sellers's landlord, Andrew Windsor. FCCS may abate payments to Windsor in accordance with their regulatory guidelines and directives. This extension will continue for as long as Sellers's Section 8 voucher is active.

**3**   Defendants will not contact Sellers directly as she attempts to locate housing and use her Section 8 voucher. All communication about the voucher, initial inspections, and the suitability of any house that Sellers finds will be conducted entirely through counsel until Sellers has moved into her new location.

**4**  As Plaintiffs have withdrawn the remainder of their motion, the Court **denies** all other requested relief without prejudice.

**SO ORDERED.**

This, the 10th day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE