IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:14-CV-1032 |
| | ) | |
| JOHN WESLEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| KHRISTEN SELLERS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:14-CV-422 |
| | ) | |
| SOUTHEASTERN COMMUNITY | ) | |
| AND FAMILY SERVICES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Pending is a motion by the United States, plaintiff in 14cv1032, to consolidate that case for discovery and trial with a related case pending on the docket at 14cv422. The Magistrate Judge has recommended granting the motion. (14cv422: Docs. 105, 106; 14cv1032: Docs. 31, 32.) The defendants filed an objection in each case, (14cv422: Doc. 107; 14cv1032: Doc. 33), and the plaintiffs in each case responded to the objection. (14cv422: Docs. 108-109; 14cv1032: Docs. 34, 35.)

After consideration of the record, the Court agrees with the Magistrate Judge's Recommendation and adopts it in full.

For the reasons stated by the Magistrate Judge, it is **ORDERED** that the Motion of the United States (14cv422: Doc. 81; 14cv1032: Doc. 2) to Consolidate these two cases is **GRANTED,** and they shall be and are consolidated for discovery and trial.

This the 16th day of June, 2015.

/s/
UNITED STATES DISTRICT JUDGE